United States District Court
Southern District of Ohio
Eastern Division at Columbus, Ohio

United States of America

-vs-                                               Case No. 2:21-cr-13

James Butler

## COURTROOM MINUTES
### Arraignment on Information/Bond Hearing

| U.S. District Judge Sarah D. Morrison | | Date:   February 18, 2021 @ 2:00 p.m. | |
|---|---|---|---|
| Deputy Clerk | Theresa Bragg | Counsel for Govt: | David Twombly, Heather Hill |
| Court Reporter | Allison Kimmel | Counsel for Deft(s): | Soumyajit Dutta |
| Interpreter | | Pretrial/Probation: | |
| Log In | n/a | Log Out | n/a |

Defendant consented to proceed via video; waived reading of the information
Defendant verbally agreed to a waiver of an indictment by the grand jury
Defendant plead guilty to Count I of the Information
PSI report ordered
Defendant to remain on bond pending sentencing

Bond/Detention Hearing
Gov is okay with defendant being out
Def has no objections to pretrial services report regarding release
Defendants signature is authorized for courtroom deputy to assign to release order